MURRAY A. DODDS, Respondent, *v.* DE GRASSE PAPER COMPANY, Appellant.

*Riparian rights — water and water courses — injunction — defendant restrained from discharging from its mill into a stream flowing through plaintiff's land substances in quantities sufficient to cause damage.*

*Dodds* v. *De Grasse Paper Co.*, 220 App. Div. 786, modified.

(Argued December 6, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 24, 1927, unanimously affirming a judgment in favor of plaintiff entered upon the report of a referee. The action was for an injunction and damages alleged to have been caused by the defendant discharging refuse into the Grasse river from its paper mill at Pyrites, St. Lawrence county, N. Y., which in turn was alleged to have been deposited by river floods on the plaintiff's farm. By the judgment the defendant was enjoined from depositing or discharging into the Grasse river from its mill any wood, pulp, paper, ground wood or any pulpy substances.

*John G. Jackson* and *Horace C. Hale* for appellant.

*George H. Bowers* for respondent.

Judgment modified by providing that the defendant and its successors in interest be restrained from depositing or discharging into the Grasse river from its mill at

Pyrites, N. Y., any wood, pulp, paper, ground wood or any pulpy substance in such quantities as to work any damage to the plaintiff, and as modified affirmed, with costs to the respondent.

Concur: HISCOCK, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.